IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTHA E. KOPACZ,<br><br>        Plaintiff,<br><br>v.<br><br>THE NCHERM GROUP, LLC d/b/a TNG and TNG Consulting; and Brett Sokolow,<br><br>        Defendants. | No. 2:22-cv-04237 |

## STIPULATION TO STAY CASE DEADLINES PENDING MEDIATION

Plaintiff Martha E. Kopacz and Defendants The NCHERM Group, LLC and Brett Sokolow (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate to stay case deadlines in this action, including Defendants' deadline to respond to Plaintiff's Amended Complaint, pending the Parties' completion of private Mediation scheduled for February 16, 2023. In support thereof, the Parties state as follows:

1. Plaintiff filed a Complaint in this action on October 21, 2022.

2. Plaintiff filed an Amended Complaint on October 31, 2022.

3. The current deadline for Defendants to respond to Plaintiff's Complaint is January 3, 2023. *See* ECF Docs. 6 and 7.

4. The Parties have engaged in discussions about potential resolution of Plaintiff's claims in this matter.

5. The parties recently agreed to participate in private mediation to potentially resolve this matter and thereby avoid the burden and expense of litigation, including motion practice on Plaintiff's Amended Complaint.

6. To that end, the Parties have scheduled private mediation to occur on February 16, 2023.

7. Given the Parties' commitment to attempt to resolve this matter through private mediation, the Parties request that the Court stay all case deadlines, including Defendants' deadline to respond to Plaintiff's Amended Complaint on January 3, 2023, pending completion of private mediation.

8. The Parties propose they report back to the Court on or before February 22, 2023, with a status report on the outcome of the mediation.

9. The Parties consent to use of electronic signatures on this Stipulation.

*s/ Ian M. Bryson*
Ian M. Bryson (PA 321359)
**DEEREK SMITH LAW GROUP, PLLC**
1835 Market Street, Suite 2950
Philadelphia, PA 19103
215.391.4790 (t)
ian@dereksmithlaw.com

*Attorneys for Plaintiff*

Dated: December 20, 2022

*s/ Paul J. Sopher*
Paul J. Sopher (PA 313543)
Hannah Franke (PA 332400)
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321
267.402.3000 (t)
psopher @littler.com
hfranke@littler.com

*Attorneys for Defendant*

Dated: December 20, 2022

It is **FURTHER ORDERED** that, after the Parties have completed mediation and the case is not dismissed, Defendants shall have until February 24, 2023, to answer, move, or otherwise respond to Plaintiff's Amended Complaint.  **<u>No further extensions will be granted for this deadline</u>**.

**SO ORDERED:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**

Dated:  December 21, 2022