IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTHA E. M. KOPACZ, <br><br> *Plaintiff,* <br><br> v. <br><br> BRETT SOKOLOW, et al. <br><br> *Defendants.* | Case No. 2:22-cv-04237-JDW |

### ORDER

**AND NOW**, this 21st day of February, 2023, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b). Each party shall bear her, his, or its own costs and attorneys' fees.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.